## William Pitts, Appellant, v. Lyle Girard, Appellee.

### Gen. No. 9,528.

opinion filed February 24, 1947; released for publication March 24, 1947. Branson Wright and Chester Thomson, for appellant; Livingston, Murphy & Barger, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.